credsres (03/09)

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Janette Freiler
Gerald J. Freiler

Debtor(s)

Chapter 7

Case No. 5:13−bk−02603−RNO

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that:

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Commissioner's Board Room, 401 North Second Street, Pottsville, PA 17901 | Date: July 2, 2013  Time: 09:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 21, 2013 |